FILED'10 MAR 30 14:00USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **STERLING SAVINGS BANK**, a Washington stock savings bank, | No. 3:09-cv-558-AC |
| Plaintiff, | **STIPULATED JUDGMENT FOR ATTORNEY FEES AND COSTS** |
| v. | |
| **ROBIN INVESTMENTS, LLC**, an Oregon limited liability company; **ZEUS HOLDINGS, LLC**, an Oregon limited liability company; **BRIAN SNODGRASS** and **DARCY SNODGRASS**, | |
| Defendants. | |

Based on the stipulation of plaintiff and defendants, it is

ADJUDGED as follows:

1.      Plaintiff is awarded a money judgment against defendants, jointly and severally, in the following amount:

      A.      For the attorney fees incurred by plaintiff in the amount of $16,192.50 together interest thereon at the rate of 9 percent per annum from the date of entry of judgment, until paid; and

**Page 1 of 2 - STIPULATED JUDGMENT FOR ATTORNEY FEES AND COSTS**

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

B.    For costs incurred by plaintiff in the amount of $4,205.83 together interest thereon at the rate of 9 percent per annum from the date of entry of judgment, until paid.

Dated this 30th day of March, 2010.

_____
United States Magistrate Judge

IT IS SO STIPULATED:

GREENE & MARKLEY, P.C.

By   /s/ Charles R. Markley
_____
Charles R. Markley, OSB #75240
Of Attorneys for Plaintiff

PERKINS COIE, LLP

By   /s/ Erick J. Haynie
_____
Erick J. Haynie, OSB No. 982482
Of Attorneys for Defendants

SUBMITTED BY:

By   /s/ Charles R. Markley
_____
Charles R. Markley, OSB #75240
Telephone:  (503) 295-2668
Attorneys for Plaintiff

\6730\001\P Stipulated Judgment on Attorney Fees.wpd

**Page 2 of 2 - STIPULATED JUDGMENT FOR ATTORNEY FEES AND COSTS**